Jordan-Ross : Hall, Sui Juris (UCC Filing No. : 20212035566)

House of Hall, Sojourner On The Land

Attorney - In - Fact In Behalf of Plaintiff

**SEALED**

CV21-08182-PCT-JJT--JZB

| | |
|---|---|
| X FILED | ___ LODGED |
| ___ RECEIVED | ___ COPY |

AUG 1 6 2021 &

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

Y_____ DEPUTY

To Clerk of the Court,

Enclosed is a Civil Complaint For Personal Injury, Exhibits with <u>un</u>redacted sensitive personal information. Please, accept the enclosed cashiers check payable to your court and file the enclosed Complaint with its Exhibits, under seal.

Enclosed are 5 (Five) Waivers) of Service with accompanying Envelope, Return Letter, and Duty For Defendants To Save Expenses.

Please, review these Waivers, certify by your Seal each is in accord with Rule 4 of FRCvP and then return to Plaintiff's Trustee in the pre-paid, pre-addressed envelope enclosed herein. (With Cause No. listed in caption)

Please send a copy of the filed complaint to both addresses listed in the Caption on said Complaint.

Thank you In Advance,

Sincerely,

/S/ Jordan-Ross : Hall, Sui Juris

House of Hall, Sojourner On The Land

Attorney - In - Fact In Behalf of Plaintiff

(UCC Filing No. : 20212035566)

1